UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

CATORA NOEL,
DARREN STEPHENSON, and
IMANI-KAI BROWN

Defendants.

**ORDER**

26 Cr. 354 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The arraignment of Defendants Catora Noel and Darren Stephenson will take place on **September 4, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 17, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge