Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 19, 2026

By ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York

**Re: *United States v. Catora Noel*, 26 Cr. 354 (PGG)**

Dear Judge Gardephe:

I write to respectfully request that the Court permit Catora Noel to travel to Martha's Vineyard, Massachusetts, for a family member's birthday from Friday, August 21, 2026, through Sunday, August 23, 2026. Pretrial Services has no objection to this request; the Government defers to Pretrial.

As background, Ms. Noel is indicted before this Court on one count of conspiracy to commit bank fraud, one count of access device fraud, and one count of aggravated identity theft. On July 30, 2026, she was presented in this District and released on bond conditions including, as relevant, travel restricted to SDNY/EDNY. ECF 6. Ms. Noel has complied with all bond conditions since release. If this request is granted, she will provide her itinerary and contact information to Pretrial Services.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Jazzlyn Harris, Pretrial Services
Dana McCann, Esq.

MEMO ENDORSED
The Application is granted.
SO ORDERED:
Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Aug. 19, 2026